IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ALFRED LEE STONE, #599665** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-1100-O |
| | § | |
| **STATE OF TEXAS,** | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Doc. 6) and Petitioner's Objections thereto (Doc. 14), in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the Court formally dismisses this action.

**SO ORDERED** on this **8th** day of **September, 2010.**

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**